No. 291, Misc., October Term, 1953. Pollack *v.* Aspbury et al., 347 U. S. 914;

No. 251, Misc., October Term, 1954. Pollack *v.* Aspbury et al., 348 U. S. 903;

No. 364, Misc., October Term, 1954. Pollack *v.* Aspbury et al., 348 U. S. 954;

No. 532, Misc., October Term, 1954. Pollack *v.* Aspbury et al., 349 U. S. 940; and

No. 371, Misc., October Term, 1957. Pollack *v.* City of Newark, New Jersey, et al., 355 U. S. 964. Motions for leave to file petitions for rehearing denied. Mr. Justice Brennan, Mr. Justice Whittaker and Mr. Justice Stewart took no part in the consideration or decision of these applications.

March 7, 1960.

No. 55. United States *v.* Kaiser. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit; and

No. 376. Commissioner of Internal Revenue *v.* Duberstein et al. Certiorari, 361 U. S. 923, to the United States Court of Appeals for the Sixth Circuit. The motion of Bernice Curry Myers for leave to file brief, as *amicus curiae,* is denied. *Bennett Boskey* for Bernice Curry Myers. Reported below: No. 55, 262 F. 2d 367; No. 376, 265 F. 2d 28.